FILED
APR 25 2018
Clerk, U.S. District Court
By: Deputy Clerk

MANETIRONY CLERVRAIN
(Name)

96396-004
(Institution Register No.)

555 GEO DRIVE
(Current Mailing Address)
PHILLIPSBURG, PA 16866

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

MANETIRONY CLERVRAIN, Plaintiff
(Full and Correct Name)

vs.

JEFF SESSION, et al.,

________________, Defendants

CASE NO. 18-3039-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

A. JURISDICTION

1) Clervrain Manetrony (Plaintiff), is a resident of Florida/Indiana (State of residency prior to incarceration)

who presently located at 555 Geo Drive, Phillipsburg, PA 16866 (Mailing address or place of confinement.)

2) Defendant Jeff Sessions (Name of first defendant) is a resident of

950 Pennsylvania Ave, NW. Wash. DC 20530 (City, State), and is employed as

United States Attorney General (Position and title, if any), and may be

located at Room #4400 of the above (Address for service of process). At the time the claim(s) alleged

in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]

If your answer is "Yes", briefly explain: The plaintiff alleges that defendants has a duty to act in good faith in consistent with Congress intent. Under 8 CFR § 316.2(a)(7), 316.10(c) 2(b)(V).

3) Defendant JURISDICTION/Continued... is a resident of
(Name of first defendant)

_______________, and is employed as
(City, state)

_______________, and may be located at
(Position and title, if any)

_______________. At the time the
(Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

_______________

_______________

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction under different or additional statuses, you may list them below.)

8 U.S.C. § 1503; 8 U.S.C. § 1422; 28 U.S.C. § 1651; 5 U.S.C. § 701, 553; 28 U.S.C. § 1367; 8 u.S.C § 1252, 8 U.S.C. § 1421; 8 U.S.C. § 1447. 28 U.S.C. § 1332

B. NATURE OF THE CASE

1) Briefly state the background of your case:

On June 13, 2001, the plaintiff was arrested by the Miami-Dade Police Department (MDPD) on charge of driving while license suspended as "habitual offender" which he was in probation for ayear with early termination upon completed of condition, and waive cost of supervision as soon perform one hundredth hours of community services, and was completed on December 11, 2001. (Case# F01-18618).

THE NATURE OF THE CASE/Continued...

and on January 20, 2003 with (Case# F03-001877), he was sentenced to credit for time served to two (2) days wit, include cost, and the records reflect that he paid both charges, a total of ($471.00) in the first case and ($461.00) in the second case.

CAUSE OF ACTION

1. The plaintiff alleges that all contents, and claims on this motion for injunction is applicable in this cause of action,

2. The plaintiff alleges that he required to amend this complaint as required by Rule 15, and this cause of action is part of the controversy exist in all institution he has been incarcerated, and the regional offices are the proximate cause of the injuries,

3. The plaintiff alleges that the defendants are liable for the various constitutional violation, and he retains the rights to join additional defendants when amended, and /or as discovery may reveal.

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Misinterpretation of lack of Moral Character in violation of the statutes.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): An arrest for minor offenses such as driving with license suspended would not satify the materially requirement because such do not show lack of moral character.

B) (1) Count II: Substantial interest in the procedure as naturalize citizen in accordance with Congress intent.

(2) Supporting Facts: It's correct that the plaintiff has the burden to prove that the harm is trying to prevent is real, and that a serious problem does exist, that he meet all requirement under the law as a naturalize citizen.

C) (1) Count III: __________

U.S. CITIZEN Vs. U.S. NATIONAL

(2) Supporting Facts: The plaintiff alleges that even if as said by the defendants he failed to prove he is naturalize citizen, he still met the requirement as a national not to be expose to dangers theory or Apartheid.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes [ ] No [X] . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: ______

Defendants: ______

b) Name of court and docket number ______

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______

d) Issues raised ______

e) Approximate date of filing lawsuit ______

f) Approximate date of disposition ______

## E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes [x] No [ ].

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision No response by the defendants.

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not ____________________

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. All appeal procedures such as Form I-336; I-290B.

## F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:

This Honorable Court duty is invoked to declare that the alleged conducts in this pleading are discrimatory,

N/A
Signature of Attorney (if any)

Signature of Petitioner

(Attorney's full address and telephone number)

F. REQUEST FOR RELIEF /Continued.

abuse of discretion, and punitive without due process, and demanding judgement on each claims and counts against the above defendants and prays for damages: (1) in the amount to be trebled according to the laws to be determined by a jury at trial for illegal practice as well as compensatory, exemplary, punitive, norminal monetary judgement, ans attorney fees together with the cost of the suits for such irreparable harms as well as demanding for relief such as: (2) retroactive and equitable and injunctive, and (3) any other relief the Court might find just and proper.