# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**MANETIRONY CLERVRAIN**

**Plaintiff,**

**v.** **CIVIL CASE: 18-3039-SAC**

**JEFF SESSIONS, LORRETA LYNCH,**
**ERIC HOLDER, JOHN KELLY,**
**JEB CHARLES JOHNSON,**
**REX TILLERSON, JOHN KERRY,**
**JOHN MORTON, KATHERINE PATTERSON,**
**BRETT H. LASSEN, J. TAMAR VELASQUEZ,**
**NISHAN C. MAHENDRAN,**
**CHARLES SAMUEL, DONNA MELLENDICK,**
**And IAN CONNER**

**Defendants.**

**( )** **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )** **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to memorandum and order (Doc.25), filed October 5, 2018, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

.**Dated: October 5, 2018** **TIMOTHY M. O'BRIEN, CLERK**

s/M. Barnes
**By: Deputy Clerk**