United States District Court
For the District of Kansas

Manetirony Clervrain

VS.

Jeff Sessions, et AL

FILED
OCT 25 2018
Clerk, U.S. District Court
By: [signature] Deputy Clerk

Case# 18-03039-SAC

Motion For Notice Of Appeal or unreview Claims

Comes now, the plaintiff, Manetirony Clervrain Pro-se moves this honorable courts(s) with this motion pursuant to Fed. R App. P.(3) with the Issuance of the ordinance violation under the (APA), 5 U.S.C 701, et al", as well as for the court failure to to act in good faith, but with the Intention to restrict plaintiff access to the courts In accordance with 28 U.S.C 1915(g), and further States the following;

1) the plaintiff alleges that the court has failed In all the proceeding Of this case to Limit him one claim Of this case, and

nothing that he has challenging ~~the~~ his application but the proceeding In violation of Congress Intent, which give the court absolute Jurisdiction under the (APA).

2) the court failed to consider plaintiff allegation of the "National status", as well, he has been deprived privileges by the (BOP), but the court prefer ~~not~~ to consider the claims under the Declaration Judgement Act (DJA). and 8. U.S.C 1503., as well as 8. U.S.C 1101 (a) (22)(B).

3) the court Claimed that" the plaintiff failed to state a claimed upon relief may be granted that allegation IS premature, because the court has NO Jurisdiction of Nationality claim, see, 8. U.S.C 1252", and because of that the court should not Exclusively placing him In Strict ground under 28 U.S.C 1915(g)

4) the court failed to consider his Attorney misconduct because, he has said that

over the lawyer prefer to file another application rather to pursue the case to court, which could have made a big different not to be unfairly classified", and clearly the same subject matter. because the defendant(s) can not prove by clear of convicing of the evidence is deportable.

5) For these reasons, the plaintiff ask the court to review all claims In this case, and to remove the "strike" Against him because his claims for "Naturalization", U.S National", and not Aggravated felony are not frivolous", and for the court to consider his motion for consideration and evidence.

## Prayer for relief

For these reasons, the plaintiff asks the court to consider this motion with generosity, as well as any other relief the court might find just and proper.

Respectfully submitted:

10/10/2018

Monetirony Clervain 96391-004
3711 Wright Ave (BSCC)
Big Spring, TX 79720