**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 17 , 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

MANETIRONY CLERVRAIN,

Plaintiff - Appellant,

v.

MATTHEW G. WHITAKER, et al.,

Defendants - Appellees.

No. 18-3228
(D.C. No. 5:18-CV-03039-SAC)
(D. Kan.)

---

**ORDER**

---

This matter comes on for consideration sua sponte upon review of the district court docket. Upon consideration thereof, this appeal remains **ABATED** as the post-trial motions identified in this court's order of December 6, 2018 remain pending. *See* Fed. R. App. P. 4(a)(4)(A).

When the district court adjudicates the plaintiff's motions, the plaintiff shall notify this court in writing within 10 days. In addition, the clerk of the district court shall supplement the preliminary record by transmitting to this court copies of the orders, together with a copy of the related docket entries. *See* 10th Cir. R. 3.2(B).

The plaintiff shall file a status report within 30 days of the date of this order if the district court has not ruled on the motions by that time.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

Ellen Rich Reiter

by: Ellen Rich Reiter
Jurisdictional Attorney