FORM 1. Notice of Appeal from a United States District Court

Form 1
July 2020

**UNITED STATES DISTRICT COURT**

**FOR THE**

**DISTRICT OF KANSAS**

Manetirony Clervrain

______________________, **Plaintiff,**

Jeff Sessions, et al

**v.**

**Case No.** 18-CV-03039-SAC

______________________, **Defendant.**

**NOTICE OF APPEAL**

Notice is hereby given that the following party/parties* to the district court for for alter its illegal judgment, and remanded, as well as for litigating controversies cases.

in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on 2/19/21.

Date: 2/27/21

Signature: S/Manetirony Clervrain

Name: Manetirony Clervrain

Address: 4326 S Scattefield Rd
Suite 153
Anderson, IN 46013

Phone Number: 765-278-9806

Email Address: monticlervrain@gmail.com

*_See_ Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

Save for Filing