**[“*Brandako, Inc* ”]**

*advobako@gmail.com*

***Alaska Superior Court***
**[“*The Freedom Act*”] (TFA)**
*Brandako, Inc Et Al Vs. State Of Alaska et al EAP*
*4FA-22-02353CI, Alaska State, Superior Court (Oct. 23, 2022)*

**[“*The Notorious Act*”] (“TNA”)**

[“*Civilians Rights Provisions Act”*] (CRPA)

**[“*National Complaints By Action* ”]**

***[“Michaelle Desrosiers Cadet ”], (“AMS”)***

# [“ *Innovation for Great Ideas"] ("IFGI")*”]

*[“Trade Inventions Partnership Protection Organization”] (“TINPPO”]*

*“Equity Demands”*

[“*District Court of Kansas*”]

# [“EXHIBIT (I) (W) (I) (5) (II) ”]

**[ “ *Immigration Guidance Reform Act”*] (IGRA)**
**Case No [“18-CV-03039”]**

**[“***Questioning Defendants Functions by Conspiracies***”]**

[ ***Rights Issues Security Treatment Act”***] (“RISTA”)

*a)-If the new law must be i)-[**"NRPA"**], at page 1, Wich the courts, and the agencies to review his fincanisl circumstance it gives effect to all district courts broad latitude to grant protect public interest, to be include his invention to be protected by laws.b)-[“**Brandako, Inc**”] as the parent company, that is what we are asking them to to be notice by each of the states laws involved in controversies claims ii)-[“**CKSA**”] that is for question defendants performance to register all names of his trademarks,and names by publisher sensitive information as required by congressional intent .ii)-[“**Exhibit (I) (W) (I) (5) (II)**”], for unlimited damages against each of the defendants across the country..American Locomotive Co.*, 92 N.L.R.B. 115, 116-117 (1950) (“*buyers who made substantial purchases on employer's behalf*”), *c)-[“**Human Relief, Inc**”] as the representative,to litigate against bureaucracy..and to protect all subdivisions as matter for In Housing Counsel. That must be granted by all agencies, or their partners, to allows the speaker to communicate at a “normal conversational distance, to that extend, we asking to be aware of ? what is the plaintiff is requesting for years now, it call call E-filling, or access National Funding, or Public Funding and to protect all interest, not the politicians, and for all courts, and agencies to perform their duties, they must have their illegal objectives, or by failure to act in good faith, we are questioning them to enforced this one. Clark v. Community for Creative Nonviolence, 468 U.S. 288, 293, 295, 104 S.Ct. 3065, 82 L.Ed.2d 221 (1984)*

# UNITED STATES DISTRICT COURT

for the

District of Kansas

Kansas City Division

Manetirony Clervrain;Josette Jean Jacques; Michaelle Desrosiers Cadet; ; Ashley Carmelle Dorsainvil; ; ["Brandako, Inc"], or its Marks ["Innovation for Great Ideas"] ("IFGI"), or its subdivision ["Prolifico, Inc"] "[" Mantolini, Inc"] or ["Be Happier"], ["Brandbid, Inc"] or Also Known as ["World Education Science Association, Inc"] ("WEDSA") or [" Haiti Office Public Opportunity"] (HOPO) or ["Charter International Technology Science, Inc"] ("CENTS")

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

Shelley K. Finlayson; Christal Watson; Donald Trump; Ian Conner; Eric H Holder; Jeb Charles Jhonson; John Kelly; Brett H lassen; Loretta Lynch; Nishan C Mahendran; Donna Mellendick; John T. Morton; Charles Samuel; Jef sessions; Rex Tillerson; J. Tamar Velasquez; George W. Bush; Barack Husein Obama; Tim Kaine; Andy Bigg; David Schweikert; Ruben Gallego; Mark Desaulnier; Nancy Pelosi ; Barbara Lee; Ed Perimutter; Bill Posey; Daren Soto; Val Demings; Kaja Krishnamoorti; Jan Schakowsky; Bradley Scheider; Susan W. Brooks ; Gregory Joseph Pence; Doug Lamborn; Jason Crow; Bocchit Edmond; Nomaindiya Cathleen Mfeketo; Arthur Sinodinos; Jose Ramond Cabanas Rodriquez; Marlon Ramsses Tabora Munoz; Fisgtun Arega Gebrekidan; Kisten Hillam; Todd Chapman; Karen Elizabeth Pierce; Hillary Diane Rodham Clinton;William Jefferson Clinton; Kamala Harris; Jill Biden; Douglas Emhoff; Branda Mallory; Cedric Richmond; Katherine Tai; Alejandro Mayorkas

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 18-CV-03039

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Manetirony Clervrain

Address: 4326 S Scatterfield Rd Suite 153

Anderson (*City*) IN (*State*) 46013 (*Zip Code*)

County: Madison

Telephone Number: 7652789806

E-Mail Address: bclervrain@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Shelley K. Finlayson

Job or Title *(if known)*: Chief of Staff (Legislative Affairs Liaison)

Address: 1201 New York Avenue, N.W., Suite 500

Washington DC 20005

| | | | |
|---|---|---|---|
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | (202) 482-9292 | | |
| E-Mail Address *(if known)* | ContactOGE@oge.gov | | |
| | ☒ Individual capacity | ☒ Official capacity | |

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Donald Trump | | |
| Job or Title *(if known)* | 45th President of the United States | | |
| Address | 1100 S. Ocean Blvd | | |
| | Palm Beach | FL | 33480 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | 561.832.2600 | | |
| E-Mail Address *(if known)* | Info@DonaldTrump.com | | |
| | ☒ Individual capacity | ☒ Official capacity | |

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | Christal Watson | | |
| Job or Title *(if known)* | 900 SW Jackson, Suite 568-South  Landon Office Building | | |
| Address | | | |
| | Topeka | KS | 66612 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | 785-296-3206 | | |
| E-Mail Address *(if known)* | khrc@ks.gov | | |
| | ☒ Individual capacity | ☒ Official capacity | |

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | Bill Clinton | | |
| Job or Title *(if known)* | 42nd President of the United States | | |
| Address | 55 W. 125th Street, 14th Floor | | |
| | New York | NY | 10027 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | 212-348-8882 | | |
| E-Mail Address *(if known)* | press@presidentclinton.com | | |
| | ☒ Individual capacity | ☒ Official capacity | |

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

While the plaintiff who is the Activist , or i)-["The Ant Act"] (TAA) or ii)-["The Answer Act"] (TAA"), or matter to promote Jusitice against putive Laws, or for judicial intervention and clarificaton Necasry, thus, the defendants are liable in their officials capacities and individual capacities for all claims against the defendants Worldwide,.2)-["Motion for Material Facts, Particular, Situation Demading Act"] (SDA) by the United United States Immigration Act"] (USIGA), also the defendants are liable for controversies claims (Under all proposed laws, thet are subeject to amend for additional parties,after the admittace of his assitance in the United States of America, or for supplemtal jurisdiction against the defendants in all capacities, ... Judicial Intervention, and Clarrification Necessary by Invoking this particlar laws for controversies.3)- ["Movement (s) On Crimes Mitigating Act"] ("MOCMA"), or to apply additional Judisdictions, by requesting Access to the iii)-["FOIA Process"], which the agencies, and the courts should not failed to review the claims, de nove, or for related Matters, as well as for the court to response each of the pending motions filed previouly, or to compel the administrative records by each agencies, within the meaning the applicable laws........or the same purpose for the defedants to justify action under the 1)-["Civi Right Act"] (CRA)...had previously remarked that the latter was designed to "extend to all parts of the country," on a permanent basis, the "equal civil rights" which were to have been the force of law against punitive laws, or against the above the defendants as the leader of the criminal enterpises, indeed they are racist by Nature to justify their action within the proper meaning of the word 2)-["Alien'"] and 3)-[" Status"] to say that 3)-["Alien Status"], or among the others are unconstitutional per se, Moreover, federal agencies, and state officials accross the country had only limited authority to settle claims Under the a)-["APA'"], that is because the vast majority of claims ultimately must settled before trial, that is for lifetime damages, that if Congress intent is clear that is the end of the matters, or for additional amend all motions filed, or after his assistant admtted in the United States of America, the b)-["CRA"] and the c)-["APA"] to resolve controversies claims ony in such excetional situationto "requir[e] all claims to be presented to the appropriate agency for consideration and possible settlement after the violation as occured to be instituted. This procedure would make it possible for the claim first to be considered by the agencies whose employee's activity allegedly caused the damage. That agency would have the best information concerning the activity which gave rise to the claim. Since it is the one directly concerned, it can be expected that claims which are found to be meritorious can be settled more quickly without the need for filing suit and possible expensive and time-consuming litigation for the Enacment of the d)-["TMPA], or pending to prove the defenants illegal actions.... or pending for additional damages against their criminal enterprises will be justified by congresional intent,, to preempt may, in some case, only be apparent by implication, the congressional purpose can nevertheless be clearer. It should be noted..... proper and constitutional exercise of the legislative power of the United States. Nor is there any intimation that the state of Wisconsin, all the other states, or its political subdivisions lack the police power to enact all proposed laws. the the e)-["National Protective Act"] ("NPA"), or f)-["Unversal Nationality Character Act"] (UNCA). 4)-["Motion for State Officials, Senators Concenrs, or Public Interest by the Universal Nationality Choice Act"] (UNCA) Crenshaw v. Doubletree Corp., 81 Ark App 157, 164, 98 SW3d 836, 841 (2003) so a)-["Mr.Clervrain"] ("In the absence of any apparent necessity for personal assistance to passengers boarding or alighting, [a common] laws is required to furnish such assistance."); that is pending to the courts.b)-["ULCA"]

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Beaudet v. Boston M. R. R., 101NH 4, 5, 131 A.2d 65, 67 (1957) ,Under the same applicable laws the defendants are liable for specific claims, or if they failed to enforce this particular laws, to protect public importances, i)-["Movement On Crimes Mitigating"] ("MOCMA"), or matter for constituional violations, and violation of Human Rights The applicability of this norm to private individuals is also confirmed by the Genocide Convention Implementation Act of 1987, 18 U.S.C. §(s) 1091 (1988), which criminalizes acts of genocide without regard to whether the offender is acting under color of law, see id. Section(s) 1091(a) ("[w]hoever" commits genocide shall be punished), if the crime is committed within the United States or by a U.S. national, id. Section(s) 1091(d). Though Congress provided that the Genocide Convention Implementation Act shall not "be construed as creating any substantive or procedural right enforceable by law by any party in any proceeding," id. Section(s) 1092, the legislative decision not to create a new private remedy does not imply that a private remedy is not already available under the 1)-["Alien Tort Act"] or 2)-["The Ant Act"] (TAA). Noted that, in the Genocide Convention Implementation Act or its legislative history reveals an intent by Congress to repeal the Alien Tort Act insofar as it applies to genocide, and the two statutes are surely not repugnant to each others. Under these circumstances the defendants are liable under the ii)-["Civil Right Act"] ("CRA"),as well as the Foreign Sovereign Immunities Act of 1976, 28 U.S.C. § 1330, is a "comprehensive scheme" comprising both pure jurisdictional provisions and federal law capable of supporting Art. III "arising under" jurisdiction.).Moreover, in the District Court must view, allowing all actions against foreign sovereigns, including those initiated by foreign plaintiffs, to be brought in federal court was necessary to effectuate "the Congressional purpose of concentrating litigation against sovereign states in the federal courts in order to aid the development of a uniform body of federal law governing assertions of claims under this iii)-["National Issues Regulatory Treaties Act"] ("NIRTA"), or for additional defendants to be consider for addtional reliefs including to invoke the Patent Act of 1836, however, Congress changed course and made enhanced damages discretionary, specifying that "it shall be in the power of the court to render judgment for any sum above the amount found by good faith analysis, or Humanitarian factors must also be consider when evaluating intellect intent......if the The showing of congressional intent necessary to support an exercise of extraterritorial jurisdiction depends in the first instance on whether that exercise of jurisdiction.iv)-["Motion for The Planing Act, OR Modernize Importance Act by Public Issues Reform Performance Act"] (PIRPA).Red Lion Broadcasting Co. v. Federal Communications Commission 395 U.S. 367, 374 (1969), while the advocate is inquired aabout all necesasary licences, that is without eceptions, or in conjuction witth 1)-["MOCMA"], so the courts and the agencies must review all claism as matter for their expertises.,. to all discussions of issues of importance to the public.2)-["NATA"] Great Lakes Broadcasting Co., 3 F.R.C. Ann. Rep. 32, 33 (1929),

---

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Additonally, the defenants are also libale Under i)-["MOCMA""]for the same purpose or that is to say that the Enactment of the a)-["The Movement Act"] ("TMA") where the injury is wanton or malicious, a jury may inflict vindictive or exemplary damages,alsot to recompense the plaintiff, and but to punish the defendants, or all Judges for failure to give him access to electronic filling when requested by filling the various motions to courts. b)-["RETODA"],and for their various illegal actions see Motion for consideration or Compelling Need(s) or controversies to ltigate by invoking the Ant(s) Duty Mitigating Act (TADMA") or claim against the defendant for conspiracy with the premise that original jurisdiction in civil rights and elective franchise conferred by 28 U.S.C. § 1343, is unique, special and limited and made available for the expeditious vindication of persons which are subject to deprivation on pretenses of lawful conduct by State agents.., or all of the other defendants will be identified to the courts to additional filling of Motions or quotation, that is also the duty of the defendant duty to mitigate crimes , or their perfomance must be evaluate the the proper channel or National Relief request as part of their conspircy.....to be submitted that applying the traditional common law rule is partially to justify if the laws in question if matter of fact or to be voted that is for additional objectios against the President of the United States of America..ii)-["The Veto Act"] (TVA).Clervrain v. Biden No. 22-1086-EFM-GEB (D. Kan. Sep. 12, 2022). .

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

By appliyng the common Sense laws ii)-["MOCMA"] or mater for Judicial intervention, or for compelling needs.a)- ["17-CV-03194"], iii)-["Dkt, 1 ],which the plaintiff alleged that the defendants violated his first amendment Rights, or concerning discrimination, that is one cases for officials capcities claims all other cases are pending to be filed in each states across the country , so we are against the defendants control theories, by FOIA requrests, ro to be for review by common sense , or common crimes or public opinions by the this b)-["TECTA"].That is for public funding will lead to better Education, or to promote parenting Role against culture schoking by the defedants actions, or for their executive officials by each states officials, internal affairs of political parties, and thus to a significant loss of political freedom.c)- ["NATA"] The concern is necessarily wholly speculative and the basis for validation of the public financing scheme on its face. congress has expressed its determination to avoid the possibility..that all of the agencies must released all of their adminisrative records without Exeptions. d)-["TMPA "] Almendarez-Torres v. United States 523 U.S. 224 (1998)

B. What date and approximate time did the events giving rise to your claim(s) occur?

By enforcing i)-[TMPA"] addressing part of the allegations, for lifetime damages, so all pending motions to file this ii)-["Motions for enforcing Power or developing Guidance against Facially Attack by Invoking the Ant(s) Nationality Act"] ("TANA") or Matter for controversies for the courts to certify within the reasoning standard. iii)-["RICMA"] that is because the ripeness and standing doctrines "overlap," claims that were sufficiently "actual and imminent" to establish Article III standing also were ripe for adjudication, "not merely speculative or hypotheticalLiparota v. United States, 471 U.S. 419, 424 (1985)).

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Thus, the courts be informed about i)-["The Ant (s) Nationality Act"] ("TANA") , or the New law proposed , or 1)-["Immigration Guidance Act"] ("IGA") or 2)-["The Nationality Act "] ("TNA") or to say that the ("INA") is a puitive Law, to apply the concept of 3)-["MOCMA"] or for declaration of Right, and Declaration of Pain, so the laws are unconstitutional vvaguem for which the plaintiff is challenging the various laws, or pending to file after his assistants admitted int he Sunited States of America, 4)-["USIGA"] of material fact, even with respect to issues that the non-moving party would have the burden of proving at trial, or regarding prextext for the exclusion to ("FOIA"), Public Ceremoney, and he was a victime of the defendants injustice practices against the various judicial officials pending to identify the claims to 5)-["MIGRA"] or concerning public interest against Genocide, that is for the Court to finds that plaintiffs have stated a cognizable claim under international law for the restriction imposed against me by punitive laws and the defendants for aiding and abetting genocide, and for conspiracy to violated access to the courts and federal official while in the custody, all violations of international law. The facts, as pled, are sufficient to demonstrate potential liability against each defendants and, as such, will preclude dismissal on 12(b)(6) grounds, as well as public ceremony for Nationality Claim, so lifetime damages,Garrett v. United States, 471 U.S. 773, 779 (1985).

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

In answering each questions of facts,, we look to the statute's language, structure, subject matter, context, and history — factors that typically help courts determine a statute's objectives and thereby illuminate its text. See, e.g., United States v. Wells, 519 U.S. 482, 490-492 (1997)That the sufficient specification of when the injury in fact will occur is necessary under a)-["TAJA"] or that his speeech, then must concluded that any "procedural injury" suffered by the activist against his movement is sufficient to confer standing, or for additional injuries in fact by this motion filed b)-["Motion for International Extration by questioning (The Ant) Criminal Massive Issues for Genocide Act"] ("MOGRA") or matter for extradition hearing against the various criminal, to be inlcuded those politician even In Republic of Haiti. so the Uniform Crime Extradition Act ("UCEA") must be repeal by this one, c)-["UCCA"). Generally speaking, evidence of other crimes is competent to prove the specific crime charged when it tends to establish (1) motive; (2) intent; (3) the absence of mistake or accident; (4) a common scheme or plan embracing the commission of two or more crimes so related to each other that proof of one tends to establish the others; (5) the identity of the person charged with the commission of the crime on trial, then we asking the courts if they must extradicted the Haitian polititian for commited serious crimes against the people, then he asking for invading i)-["Haiti"], because the defenddants are very negligence, or pending for applying Democrcy Rights......that the people are suffered for years by crimes of Apartheid, Humanity and among the other to be proving by circumstatial evidence must "form a complete chain which, in light of the evidence as a whole, leads so directly to the guilt of the accused as to inckude matters for beyond a reasonable doubt, therefore, these courts must allowing the Brandako, Management team to prove their performance ii)-["Prolificing Status"] against iii)-["Alien Status"] which the proximate cause of the pauperis Status exclusion.d)-["TMPA '] or couple with the exclusion to public Ceremony, and exclusion to access the courts are actionable Claim.iii)-["Ehibit ("VIII") (6)"'] By t alleging concerning discrimination against the advocate, or class of one, to be distinctive, readily identifiable, of one persons, the plaintiff ha to state all claims actionable claim under 1985(3). so no more differential treatment against the activist that is against injustice by the defendants acton, so the claims are adjudication of lifetiem damages, and they are for equity demands in each states of accross the country, upon relief can be granted.Keating v. Carey, 706 F.2d 377, 387-88 (2d Cir. 1983)

---

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

At this point the plaintiff, or the advocate is asking for life damages , that must be granted by each courrts and agencies accross the ocuntr , as well as he is asking for a)-["$600 Billions Dollars] for the alleged injuris in facts by evidence and to provide care to poor people, to be applied in 15 days, additionally , b)-["$ 600, Billions Bollars"] for the development of the new companies, that is for created job in the interest of the community is wiiling to supports those required educations, 1)-["United States of America"], so in the interest of the people, the are for the benefits of 2)-["Commonwhealth of Haiti"], so the agencies must applied due proces i)-["Brandako, Inc"] , and ii)-["$1 Billions Dollars"] against each individuals involved in the conspiracy, that is because they are also liable for intervning cause, which that must be answers by each states, and federal official accros the contry, or if they failed , then ratification theory is also actionalbel ,or failure to ratify the alleged punitive laws...... among the other to be developed by laws.... and for the courts to docket the defendants information properly upon electronically file the motion so call iii)-["TANA ], pending to filed before trials accross the country, iv)-["TECTA"], then we are asking the courst for National reliefs against judicial officials,3)- ["CJRA"] so their restrictions, or that is for another question of fact or laws against them. v)-[" $ 600 billion Dolalrs against each Courts to provide Haitian people Food, or for Period of 5 years,while he asking for their Removal or those admittance in the United States in american with this illegal laws by the current admitration. 4)-["Form I-134S, and Form I-134A"] while create jobs in their process of their economic Developmets,growth, then, that is for exemplary damages or additional liabily against them, for their failure to allow a)-["Non-Attorney Access"] (NAA), or b)-["NATA"] to electronic filling, this Notice (s) to the courts accross the country, so for docketing statements to litigate by invoking this proposed laws, to suppsesided RICO, so this one c)-["MOCMA"] so to be included Judicial officials, when they committed Serous crimes by restricted people , or racial Bias, or d)-["Hate Crimes"], so they must be additional defendants as well as for th enforcing of e)-[UCCA"], that is pending to filed against certain defendants for the allegations, if they are tortured innocent people by f)-["Mass Deportation"], , it is matter for1)-[" Invention right"], or 2)-["Protection Rights"] and 4)-["Trademark rights"] by both domestic and international defendants to protect the plaintiff names, idealogistic concern against criminal enterprises within this complaints, so we are doing the right notice before amending, or registrations, Notice to the courts, and for Dockets Statements, and to litigate by enforing new laws, i)-["National Electronic Filling Reform Act"] ('NEFRA") or for Initiating legal process to protect public interest by the ii)-["National Infomative Public Grievouous Association ("NIPGA"); ["National Educative Bar Association Science "] iii)-["NEDBAS"] and the iv)-["Word Educative Science Association"] ("WEDSA) to be developed wordewide by invoking public opinions , or right for pubication at the defendants expenses, that must include all other damages upon other investigation while in the presedures of the claims and his ("FOIA") must be granted additional Damages, among the others to litigate controversies, or any other reliefs to courts might find just and proper....v)-["Brandako, Inc"] Mullane v. Central Hanover Bank Trust Co., 339 U.S. 306, 317, 70 S.Ct. 652, 94 L.Ed. 865 (1950);

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/17/2024

Signature of Plaintiff
Printed Name of Plaintiff Manetirony Clervrain

**B. For Attorneys**

Date of signing: 05/17/2024

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | Manetirony Clervrain |
| Bar Number | Competent to be proving by laws |
| Name of Law Firm | Prolifico, Inc |
| Address | 4326 S scatterfield Rd Suite 153 |
| | Anderson (*City*) IN (*State*) 46013 (*Zip Code*) |
| Telephone Number | 7652789806 |
| E-mail Address | bclervrain@gmail.com |

**[“*Brandako, Inc* ”]**

*advobako@gmail.com*

**Alaska Superior Court**
**[“*The Freedom Act*”] (TFA)**
*Brandako, Inc Et Al Vs. State Of Alaska et al EAP*
*4FA-22-02353CI, Alaska State, Superior Court (Oct. 23, 2022)*

**[“*The Interest Act*”] (“TIA”)**

[“*Families Interest Procedural Act”*] (FIPA)

***[“Strongly Encouranging Families By Action ”]***

***[“Michaelle Desrosiers Cadet ”], (“AMS”)***

# [“ *Innovation for Great Ideas"] ("IFGI")*”]

*[“Trade Inventions Partnership Protection Organization”] (“TINPPO”]*

*“Equity Demands”*

*[“District Court of Kansas*”]

# [“EXHIBIT (II) (W) (I) (5) (II) ”]

**[ “** *Additional Plaintiffs to Litigate Controversies”***]**
**Case No [“ 18-CV-03039”]**

**[“***Questioning Defendants Functions by Conspiracies***”]**

[***Rights Issues Security Treatment Act"***] (“RISTA”)

*a)-If the new law must be i)-[**"NRPA"**], at page 1, Wich the courts, and the agencies to review his fincanisl circumstance it gives effect to all district courts broad latitude to grant protect public interest, to be include his invention to be protected by laws.b)-[“**Brandako, Inc**”] as the parent company, that is what we are asking them to to be notice by each of the states laws involved in controversies claims ii)-[“**CKSA**”] that is for question defendants performance to register all names of his trademarks,and names by publisher sensitive information as required by congressional intent .ii)-[“**Exhibit (II) (W) (I) (5) (II)**”], for unlimited damages against each of the defendants across the country..American Locomotive Co.,* 92 N.L.R.B. 115, 116-117 (1950) (“*buyers who made substantial purchases on employer's behalf*”), *c)-[**“Human Relief, Inc**”] as the representative,to litigate against bureaucracy..and to protect all subdivisions as matter for In Housing Counsel. That must be granted by all agencies, or their partners, to allows the speaker to communicate at a “normal conversational distance, to that extend, we asking to be aware of ? what is the plaintiff is requesting for years now, it call call E-filling, or access National Funding, or Public Funding and to protect all interest, not the politicians, and for all courts, and agencies to perform their duties, they must have their illegal objectives, or by failure to act in good faith, we are questioning them to enforced this one. Clark v. Community for Creative Nonviolence, 468 U.S. 288, 293, 295, 104 S.Ct. 3065, 82 L.Ed.2d 221 (1984)*

**ADDITIONAL PLAINTIFF (S) TO LITIGATE CONTROVERSIES**

**I (A) (I).** Under the Rules , the impulse is toward entertaining the broadest possible scope of action consistent with fairness to the parties; joinder of claims, parties and remedies is strongly encouraged by logical relations to protect family Unity within the ("INA") as part of the alleged systematic claims;

**1**.The Parties to this complaint

Respectfully submitted,

Date: ____________________ 05/17/2024

Manetirony Clervrain
**S/ Manetirony Clervrain (**Plaintiff**)**
**Att; ["*Brandako, Inc*"]**
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**2**.The Parties to this complaint

Respectfully submitted,

Date: ____________________ 05/17/2024

Josette Jean Jacques
**S/ Josette Jean Jacques** (Plaintiff)
Att: ["***Brandako, Inc***"]
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**3**.The Parties to this complaint

Respectfully submitted,

Date: ____________________ 05/17/2024

Michaelle Desrosiers Cadet
**S/ Michaelle Desrosiers Cadet** (Plaintiff)
Att; ["***Brandako, Inc***"]
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**4**.The Parties to this complaint

Respectfully submitted,

Date: ____________________________ 05/17/2024

Reginald Etienne
**S/ Reginald Etienne** (Plaintiff)
Att; [“***Brandako, Inc***”]
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**5**.The Parties to this complaint

Respectfully submitted,

Date: ____________________________ 05/17/2024

Maria Melissa Clervrain
**S/ Maria Melissa Clervrain** (Plaintiff)
Att; [“***Brandako, Inc***”]
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**6**.The Parties to this complaint

Respectfully submitted,

Date: ____________________________ 05/17/2024

Woodrive Previl
**S/ Woodrive Previl** (Plaintiff)
Att; [“***Brandako, Inc***”]
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**7**.The Parties to this complaint

Respectfully submitted,

Date: ____________________________ 05/17/2024

Richard Previl
**S/ Richard Previl** (Plaintiff)
Att; [“***Brandako, Inc***”]
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**8**.The Parties to this complaint

Respectfully submitted,

Date: ______________________________
05/17/2024

Lanese Normil

**S/ Lanese Normil** (Plaintiff)
Att; ["***Brandako, Inc***"]
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**9**.The Parties to this complaint

Respectfully submitted,

Date: ______________________________
05/17/2024

Darline Joseph

**S/ Darline Joseph** (Plaintiff)
Att; ["***Brandako, Inc***"]
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**10**.The Parties to this complaint

Respectfully submitted,

Date: ______________________________
05/17/2024

Steevenson Petit Dore

**S/ Steevenson Petit Dore** (Plaintiff)
Att; ["***Brandako, Inc***"]
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**11**.The Parties to this complaint

Respectfully submitted,

Date: ______________________________
05/17/2024

Roodson Gerestant

**S/ Roodson Gerestant** (Plaintiff)
Att; ["***Brandako, Inc***"]
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**12**.The Parties to this complaint

Respectfully submitted,

Date: ______________________
05/17/2024

Azor Smith
**S/Azor Smith** (Plaintiff)
Att; ["***Brandako, Inc***"]
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

**[“*Brandako, Inc* ”]**

*advobako@gmail.com*

***Alaska Superior Court***
**[“*The Freedom Act*”] (TFA)**
*Brandako, Inc Et Al Vs. State Of Alaska et al EAP*
*4FA-22-02353CI, Alaska State, Superior Court (Oct. 23, 2022)*

# [“*The Demands Act*”] (“TDA”)

[“*Civilians Rights Provisions Act”*] (CRPA)

**[“*National Questions For Debate By Action* ”]**

***[“Michaelle Desrosiers Cadet”], (“AMS”)***

# [“ *Innovation for Great Ideas"] ("IFGI")*”]

*[“Trade Inventions Partnership Protection Organization”] (“TINPPO”]*

*“Equity Demands”*

*[“District Court of Kansas*”]

# [“EXHIBIT (IIII) (W) (I) (5) (II) ”]

**[ “ *Movement On Crimes Against Humanities*”]**
**Case No [“ 18-CV-03039”]**

**[“***Questioning Defendants Functions by Conspiracies***”]**

[***Rights Issues Security Treatment Act”***] (“RISTA”)

*a)-If the new law must be i)-[**"NRPA"**], at page 1, Wich the courts, and the agencies to review his fincanisl circumstance it gives effect to all district courts broad latitude to grant protect public interest, to be include his invention to be protected by laws.b)-[“**Brandako, Inc**”] as the parent company, that is what we are asking them to to be notice by each of the states laws involved in controversies claims ii)-[“**CKSA**”] that is for question defendants performance to register all names of his trademarks,and names by publisher sensitive information as required by congressional intent .ii)-[“**Exhibit (III) (W) (I) (5) (5)**”], for unlimited damages against each of the defendants across the country..American Locomotive Co.,* 92 N.L.R.B. 115, 116-117 (1950) (“*buyers who made substantial purchases on employer's behalf*”), *c)-[“**Human Relief, Inc**”] as the representative,to litigate against bureaucracy..and to protect all subdivisions as matter for In Housing Counsel. That must be granted by all agencies, or their partners, to allows the speaker to communicate at a “normal conversational distance, to that extend, we asking to be aware of ? what is the plaintiff is requesting for years now, it call call E-filling, or access National Funding, or Public Funding and to protect all interest, not the politicians, and for all courts, and agencies to perform their duties, they must have their illegal objectives, or by failure to act in good faith, we are questioning them to enforced this one. Clark v. Community for Creative Nonviolence, 468 U.S. 288, 293, 295, 104 S.Ct. 3065, 82 L.Ed.2d 221 (1984)*

**ADDITIONAL DEFENDANT (S) AGAINST SYSTEMATIC ATTACT**

**I (B) (I)**. The analogous interpretation of the terms as used in Rule would permit all reasonably related claims for relief by or against different parties to be tried in a single proceeding. absolute identity of all events is unnecessary. or occurrences the validity of which depended to a large extent upon them;

**1**.The Parties to this complaint

Date: ________________________
05/17/2024

**Shelley K. Finlayson** (Defendant)
Att; ["**U.S. Office of Government Ethics**"]
1201 New York Avenue, N.W.,
Suite 500
Washington, DC 20005

**2**.The Parties to this complaint

Date: ________________________
05/17/2024

**Donald Trump** (Defendant)
Att; ["**45th President of the United States**"]
1100 S. Ocean Blvd, Palm Beach,
FL 33480

**3**.The Parties to this complaint

Date: ________________________
05/17/2024

**Barack Husein Obama** (Defendant)
Att; ["**44th President of the United States**"]
P.O. Box 91000,
Washington, DC 20066

**4**.The Parties to this complaint

Date: ______________________
05/17/2024

**William Jefferson Clinton** (Defendant)
Att; [“**42nd President of the United States**”]
1600 Pennsylvania Ave NW
Washington, DC 20500

**11**.The Parties to this complaint

Date: ______________________
05/17/2024

**Hillary Diane Rodham Clinton** (Defendant)
Att; [“**U.S. Secretary of State and U.S. Senator** ”]
1600 Pennsylvania Ave NW
Washington, DC 20500

**5**.The Parties to this complaint

Date: ______________________
05/17/2024

**Ian Conner** (Defendant)
Att; [“ **US Federal Trade Commission’s (FTC)**”]
600 Pennsylvania Avenue NW.,
Washington, DC 20580

**6**.The Parties to this complaint

Date: ______________________
05/17/2024

**Eric H Holder** (Defendant)
Att; [“**U.S. Department of Justice**”]
950 Pennsylvania Avenue, NW
Washington DC 20530

**7**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Jeb Charles Jhonson** (Defendant)
Att; [“**Department of Homeland Security**”]
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0525

**8**.The Parties to this complaint

Date: ___________________________
05/17/2024

**John Kelly** (Defendant)
Att; [“**White House**”]
1600 Pennsylvania Ave NW
Washington, DC 20500

**9**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Brett H lassen** (Defendant)
Att; [“ **US Citizenship and Immigration Services (USCIS)**”]
10320 NW Prairie View Rd Kansas
City, MO 64153

**10**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Loretta Lynch** (Defendant)
Att; [“**U.S. Department of Justice**”]
950 Pennsylvania Avenue, NW
Washington DC 20530

**11**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Nishan C Mahendran** (Defendant)
Att; ["**American Immigration Lawyers Association** (AILA)"]
1806 N. Flamingo Road
Suite 318
Pembroke Pines, FL 33028

**12**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Donna Mellendick** (Defendant)
Att; ["Federal Bureau of Prisons"]
320 First St., NW
Washington, DC 20534

**13**.The Parties to this complaint

Date: ___________________________
05/17/2024

**John T. Morton** (Defendant)
Att; ["**Department of Homeland Security** (DHS)"]
1111 19th Street NW - Suite 500
Washington D.C. 20036

**14**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Charles Samuel** (Defendant)
Att; ["**Justicia US Law**"]
1380 pear ave #2b,
mountain view

**15.** The Parties to this complaint

Date: ____________________________
05/17/2024

**Jef sessions** (Defendant)
Att; ["**United States Senate**"]
Washington, DC 20510

**16**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Rex Tillerson** (Defendant)
Att; ["**U.S. Department of State** (DOS)"]
2201 C St., NW
Washington, DC 20520

**17**.The Parties to this complaint

Date: ____________________________
05/17/2024

**George W. Bush** (Defendant)
Att; ["**43RD President of The United States**"]
Post Office Box 259000
Dallas, Texas 75225-9000

**18**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Tim Kaine** (Defendant)
Att; ["**U.S Congress Senator**"]
919 East Main Street Suite 970
Richmond, VA 23219

**19**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Andy Bigg** (Defendant)
Att; ["**Arizona's 5th District**"]
252 Cannon House Office Building
Washington, DC 20515

**20**.The Parties to this complaint

Date: ___________________________
05/17/2024

**David Schweikert** (Defendant)
Att; ["**Arizona's 1st District**"]
460 Cannon House Office Building
Washington, DC 20515

**21**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Ruben Gallego** (Defendant)
Att; ["**Arizona 03**"]
1601 North 7th Street, Suite 310
Phoenix, AZ 85006

**22**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Mark Desaulnier** (Defendant)
Att; ["**California's 10th Congressional District**"]
4703 Lone Tree Way
Antioch, CA 94531

**23**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Nancy Pelosi** (Defendant)
Att; ["**11th District of California**"]
1236 Longworth H.O.B.
Washington, DC 20515

**24**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Barbara Lee** (Defendant)
Att; ["**12th District of California**"]
U. S. Capitol Room H154
Washington, DC 20515–6601

**25**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Ed Perimutter** (Defendant)
Att; ["**7th District of Colorado**"]
12600 West Colfax Avenue,
Suite B-400
Lakewood, CO 80215

**26**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Bill Posey** (Defendant)
Att; ["**8th Congressional District of California**"]
2150 Rayburn HOB
Washington, DC 20515

**27**.The Parties to this complaint

Date: ______________________________
05/17/2024

**Bradley Scheider** (Defendant)
Att; ["**10th District of Illinois**"]
111 Barclay Blvd
Suite 200
Lincolnshire, IL 60069

**28**.The Parties to this complaint

Date: ______________________________
05/17/2024

**Susan W. Brooks** (Defendant)
Att; ["**Indiana, District 5 113th-116th (2013-2021)**"]
11611 North Meridian Street Carmel,
IN 46032-6953

**29**.The Parties to this complaint

Date: ______________________________
05/17/2024

**Gregory Joseph Pence** (Defendant)
Att; ["**6th District of Indiana**"]
529 Washington Street
Columbus, IN 47201

**30**.The Parties to this complaint

Date: ______________________________
05/17/2024

**Doug Lamborn** (Defendant)
Att; ["**5th Congressional District**"]
2371 Rayburn HOB
Washington, DC 20515

**31**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Jason Crow** (Defendant)
Att; [“**Colorado’s 6 Congressional District**”]
1323 Longworth HOB
Washington, DC 20515

**32**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Bocchit Edmond** (Defendant)
Att; [“**Embassy of the Republic of Haiti**”]
2311 Massachusetts Ave.., N.W.
Washington, D.C. 20008

**33**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Nomaindiya Cathleen Mfeketo** (Defendant)
Att; [“**Embassy of the Republic of South Africa** ”]
3051 Massachusetts Avenue NW,
Washington, DC 20008

**34**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Arthur Sinodinos** (Defendant)
Att; [“**Embassy of Australia**”]
1601 Massachusetts Ave NW,
Washington, DC 20036

**35**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Jose Ramond Cabanas Rodriquez** (Defendant)
Att; ["**Embassy of Cuba**"]
2630 16th Street, NW,
Washington DC 20009

**36**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Marlon Ramsses Tabora Munoz** (Defendant)
Att; ["**Embassy of Honduras**"]
3007 Tilden Street, NW, Pod 4M
Washington, DC 20008

**37**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Kisten Hillam** (Defendant)
Att; ["**Embassy of Canada**"]
501 Pennsylvania Avenue, N.W.,
Washington, D.C., U.S.A., 20001

**38**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Todd Chapman** (Defendant)
Att; ["**U.S. Embassy & Consulates In Brazil**"]
SES - Av. das Nações, Quadra 801, Lote 03
70403-900 - Brasília, DF

**39**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Karen Elizabeth Pierce** (Defendant)
Att; [“**British Embassy**”]
3100 Massachusetts Avenue, NW
Washington DC 20008

**40**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Kamala Harris** (Defendant)
Att; [“**Executive Office of the President**”]
1600 Pennsylvania Ave NW
Washington, DC 20500

**41**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Jill Biden** (Defendant)
Att; [“**Executive Office of the President**”]
1600 Pennsylvania Ave NW
Washington, DC 20500

**42**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Douglas Emhoff** (Defendant)
Att; [“**The Biden-Harris Administration**”]
1600 Pennsylvania Ave NW
Washington, DC 20500

**43**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Branda Mallory** (Defendant)
Att; [“**Council On Environmental Quality**”]
1600 Pennsylvania Ave NW
Washington, DC 20500

**44**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Daren Soto** (Defendant)
Att; [“**9th District of California**”]
5800 South Semoran Blvd
Suite B (next to AdventHealth)
Orlando, FL 32822

**45**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Val Demings** (Defendant)
Att; [“**10th Diatrict of Florida**”]
2295 S Hiawassee Rd Ste 301.
Orlando, FL 32835-8748

**46**.The Parties to this complaint

Date: ___________________________
05/17/2024

**Kaja Krishnamoorti** (Defendant)
Att; [“**8th District of Illinois**”]
1701 East Woodfield Rd
Suite 704
Schaumburg, IL 60173

**47**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Jan Schakowsky** (Defendant)
Att; [“**9th District of Illinois**”]
4500 Oakton Street
Skokie, IL 60076

**48**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Cedric Richmond** (Defendant)
Att; [“ **Democratic National Committee**”]
430 South Capitol Street Southeast
Washington, DC 20003

**49**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Katherine Tai** (Defendant)
Att; [“**Executive Office of the President**”]
1600 Pennsylvania Ave NW
Washington, DC 20500

**50**.The Parties to this complaint

Date: ____________________________
05/17/2024

**Alejandro Mayorkas** (Defendant)
Att; [“**Department of Homeland Security**”]
301 7th St, SW Washington,
DC 20528.

**51**.The Parties to this complaint

Date: ______________________________
05/17/2024

***Megan Fujita*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**52**.The Parties to this complaint

Date: ______________________________
05/17/2024

***Marilyn Gentner*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**53**.The Parties to this complaint

Date: ______________________________
05/17/2024

***Katie Gibson-Ledl*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**54**.The Parties to this complaint

Date: ______________________________
05/17/2024

***Vitali Chamov*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**55**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Constance Adams*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**56**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Alyson Balfour*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**57**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Michael E. Leff*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**58**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Stephanie McNally*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**59**.The Parties to this complaint

Date: __________________________
05/17/2024

***Caitlin Rothwell*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**60**.The Parties to this complaint

Date: __________________________
05/17/2024

***Mayasah Thomas*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**61**.The Parties to this complaint

Date: __________________________
05/17/2024

***Bronwyn Cross-Denny*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**62**.The Parties to this complaint

Date: __________________________
05/17/2024

***Laura Curran*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**63**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Shirley Gatenio-Gabel*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**64**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Christa Gilliam*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**65**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Thomas Gregoire*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**66**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Wendy Hernandez*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**67**.The Parties to this complaint

Date: ______________________
05/17/2024

***Halaevalu Fonongava'inga Ofahengaue Vakalahi*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**68**.The Parties to this complaint

Date: ______________________
05/17/2024

***Heather Donahue*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**69**.The Parties to this complaint

Date: ______________________
05/17/2024

***AmmI Hussein*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**70**.The Parties to this complaint

Date: ______________________
05/17/2024

***Monica Wylie*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**71**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Tajuana Smith*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**72**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Andrew Herrin*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**73**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Helen Mosher*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**74**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Olga D. Jones*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**75**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Mia Moreno-Hines*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**76**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Javier Caballero*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**77**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Kristine Luccker*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**78**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Kelle Brown*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**79**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Collina D. Cooke*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**80**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Deja Andrews*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**81**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Carl Algood*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**82**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Arminn H. Leopold*** (Defendant)
Att; [“**Council on Social Work Education**”]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**83**.The Parties to this complaint

Date: ___________________________
05/17/2024

*Eddy Y. Wong* (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**84**.The Parties to this complaint

Date: ___________________________
05/17/2024

*Irma Chavez* (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**85**.The Parties to this complaint

Date: ___________________________
05/17/2024

*Tiffany Lewis* (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**86**.The Parties to this complaint

Date: ___________________________
05/17/2024

*Frank Feng Li* (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**87**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Haitao Lin*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**88**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Yvette Clark*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**89**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Jeremiah Fletcher*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**90**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Georgina Salguero*** (Defendant)
Att; ["**Council on Social Work Education**"]
333 John Carlyle Street,
Suite 400
Alexandria, VA 22314

**91**.The Parties to this complaint

Date: ____________________
05/17/2024

***Laura B. Jordan*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**92**.The Parties to this complaint

Date: ____________________
05/17/2024

***Michael J. Barsky*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**93**.The Parties to this complaint

Date: ____________________
05/17/2024

***Sergio Villaverde*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**94**.The Parties to this complaint

Date: ____________________
05/17/2024

***Renee Hill*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**95**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Nicolas Bagley*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**96**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Donna Cook*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**97**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Suzanne McElwreath*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**98**.The Parties to this complaint

Date: ____________________________
05/17/2024

***David Blum*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**99**.The Parties to this complaint

Date: ______________________
05/17/2024

***Daniel Chavez*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**100**.The Parties to this complaint

Date: ______________________
05/17/2024

***Sara Collins-Sedey*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**101**.The Parties to this complaint

Date: ______________________
05/17/2024

***Michael Dailey*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**102**.The Parties to this complaint

Date: ______________________
05/17/2024

***Jan Farensbach*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**103**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Hon. Raymond Fernandez*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**104**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Allen Goodman*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**105**.The Parties to this complaint

Date: ____________________________
05/17/2024

***James Kachadoorian*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**106**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Carey London*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**107**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Paul London*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**108**.The Parties to this complaint

Date: ____________________________
05/17/2024

***John Montes, Jr.*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**109**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Joyce Randazzo*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**110**.The Parties to this complaint

Date: ____________________________
05/17/2024

***William Schwarz*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**111**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Mary Conlan*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**112**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Nereida Guerrero*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**113**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Alfredo J. Alvarado*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**114**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Lucille M. Barbato*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**115**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Mark L. Bodner*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**116**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Michaelle A. Calano*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**117**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Part J. Crispi*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**118**.The Parties to this complaint

Date: ____________________________
05/17/2024

***John M. Daly*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**119**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Samuel Christopher DePaola*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**120**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Martin W. Edelman*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**121**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Steven Falkoff*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**122**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Dawn Maria Florio*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**123**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Alan Freidberg*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**124**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Robert J. Genis*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**125**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Nick Gjelaj*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**126**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Steven P. Grant*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**127**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Alan M. Greenberg*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**128**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Michael Z. Huguenot*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**129**.The Parties to this complaint

Date: ____________________________
05/17/2024

***David A. Kapelman*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**130**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Ivan F. Khoury*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**131**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Gary R. Klein*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**132**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Michael F. Kremins*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**133**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Howard N. Levine*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**134**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Juan Luciano*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**135**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Matthew Marchese*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**136**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Christopher J. Marengo*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**137**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Michael A. Marinaccio*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**138**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Christopher B. Meagher*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**139**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Patrick Jude Mullaney*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**140**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Michael T. Ridge*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**141**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Peter T Ridge*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**142**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Mark B. Rubin*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**143**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Alan M. Shapey*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**144**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Jason Shapiro*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**145**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Katherine E Smith*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**146**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Alice L Swenson*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**147**.The Parties to this complaint

Date: ______________________
05/17/2024

***Sergio Villaverde*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**148**.The Parties to this complaint

Date: ______________________
05/17/2024

***Tina M. Wells*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**149**.The Parties to this complaint

Date: ______________________
05/17/2024

***Robert H. Wolff*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**150**.The Parties to this complaint

Date: ______________________
05/17/2024

***Joylyn Wright*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**151**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Rolfi Jason Adon*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**152**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Betty Atlas*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**153**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Hugh W. Campbell*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**154**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Hilary Rose Cathcart*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**155**.The Parties to this complaint

Date: ______________________
05/17/2024

***Daniel Chavez*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**156**.The Parties to this complaint

Date: ______________________
05/17/2024

***Tara A Collins*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**157**.The Parties to this complaint

Date: ______________________
05/17/2024

***Chris M. DiLorenzo*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**158**.The Parties to this complaint

Date: ______________________
05/17/2024

***Alix Duroseau Jr.*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**159**.The Parties to this complaint

Date: ____________________
05/17/2024

***Donna A. Fafinski*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**160**.The Parties to this complaint

Date: ____________________
05/17/2024

***Jan V. Farensbach*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**161**.The Parties to this complaint

Date: ____________________
05/17/2024

***Alan M Gardner*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**162**.The Parties to this complaint

Date: ____________________
05/17/2024

***Robert F. Giusti*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**163**.The Parties to this complaint

Date: ______________________
05/17/2024

***Ryan Goldstein*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**164**.The Parties to this complaint

Date: ______________________
05/17/2024

***Allen Cary Goodman*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**165**.The Parties to this complaint

Date: ______________________
05/17/2024

***Robert G. Goodman*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**166**.The Parties to this complaint

Date: ______________________
05/17/2024

***John P. Grill*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**167**.The Parties to this complaint

Date: ______________________
05/17/2024

***Richard A Gurfein*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**168**.The Parties to this complaint

Date: ______________________
05/17/2024

***Seth A. Harris*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**169**.The Parties to this complaint

Date: ______________________
05/17/2024

***Spencer H. Herman*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**170**.The Parties to this complaint

Date: ______________________
05/17/2024

***Steven M. Hertz*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**171**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Alan C. Kestenbaum*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**172**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Norman Liss*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**173**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Frank J. Loverro*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**174**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Stacey Amanda Marques*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**175**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Kevin D McLoone*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**176**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Michael Mellis*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**177**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Brian M. Mittman*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**178**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Carmine J. Musumeci*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**179**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Linda P O'Gorman*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**180**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Jacob Oresky*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**182**.The Parties to this complaint

Date: ___________________________
05/17/2024

***William Pagan*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**183**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Emanuele L. Pepe*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**184**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Jonathan A Perez*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**185**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Peter G. Prisco*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**186**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Edmond Pryor*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**187**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Marvin Ray Raskin*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**188**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Michael A. Raskin*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**189**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Kenneth R. Rush*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**190**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Dennis Ryan*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**191**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Paul Ryneski*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**192**.The Parties to this complaint

Date: ______________________
05/17/2024

***Joshua Silber*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**193**.The Parties to this complaint

Date: ______________________
05/17/2024

***Elana Silberman*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**194**.The Parties to this complaint

Date: ______________________
05/17/2024

***Ralph Silverman*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**195**.The Parties to this complaint

Date: ______________________
05/17/2024

***Elliot Sinel*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**196**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Anthony M. Soscia*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**197**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Scott Spivak*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**198**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Timothy M. Sullivan*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**199**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Howard I. Trepp*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**200**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Ted Trief*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**201**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Neil T. Veilleux*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**202**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Frank Vozza*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**203**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Frank Vozza*** (Defendant)
Att; ["**Bronx County Bar Association**"]
851 Grand Concourse, Room 124
Bronx, NY 10451

**204**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Kyle B. Watters*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**205**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Wayne AJ Wattley*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**206**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Michael Wells*** (Defendant)
Att; [“**Bronx County Bar Association**”]
851 Grand Concourse, Room 124
Bronx, NY 10451

**207**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Katherine Suchocki*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**208**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Melissa O'Clair*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**209**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Maureen Whitcomb*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**210**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Susan DeSantis*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**211**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Jennifer Andrus*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**212**.The Parties to this complaint

Date: ____________________________
05/17/2024

***David Alexander*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**213**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Rebecca Melnitsky*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**214**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Cindy O'Brien*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**215**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Amy Jasiewicz*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**216**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Amy Jasiewicz*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**217**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Gina Bartosiewicz*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**218**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Ernesto Guerrero*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**219**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Kate Tortora*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**220**.The Parties to this complaint

Date: ______________________
05/17/2024

***Sharmin Woodall*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**221**.The Parties to this complaint

Date: ______________________
05/17/2024

***Carra Forgea*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**222**.The Parties to this complaint

Date: ______________________
05/17/2024

***Tara Covert*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**223**.The Parties to this complaint

Date: ______________________
05/17/2024

***Simone Smith*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**224**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Kimberly Francis*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**225**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Bridget Donlon*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**226**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Emily Kurtzner*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**227**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Melva Bigger*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**228**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Mercedes Peno*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**229**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Savanna Kinsley*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**230**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Holly Hirsch*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**231**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Carolyn Bell*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**233**.The Parties to this complaint

Date: ______________________________
05/17/2024

***David P. Miranda*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**234**.The Parties to this complaint

Date: ______________________________
05/17/2024

***Eunice Bencke*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**235**.The Parties to this complaint

Date: ______________________________
05/17/2024

***Barbara Mahan*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**236**.The Parties to this complaint

Date: ______________________________
05/17/2024

***Tony Kowalick*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**237**.The Parties to this complaint

Date: ______________________
05/17/2024

***Ellen Shannon*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**238**.The Parties to this complaint

Date: ______________________
05/17/2024

***Brandon Light*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**239**.The Parties to this complaint

Date: ______________________
05/17/2024

***Patrick Boland*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**240**.The Parties to this complaint

Date: ______________________
05/17/2024

***Matthew Lenney*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**241**.The Parties to this complaint

Date: ________________________
05/17/2024

***Kristin M. O'Brien*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**242**.The Parties to this complaint

Date: ________________________
05/17/2024

***Amira Rizvanovic*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**243**.The Parties to this complaint

Date: ________________________
05/17/2024

***Karlie Keisler*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**244**.The Parties to this complaint

Date: ________________________
05/17/2024

***June Lazzaro*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**245**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Debbie Pratt*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**246**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Lena Faustel*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**247**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Hilary Jochmans*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**248**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Paula Doyle*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**249**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Tirsa Kennedy*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**250**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Karen Catoe*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**251**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Stacey Whiteley*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**252**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Kim McHargue*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**253**.The Parties to this complaint

Date: ______________________
05/17/2024

***Jennifer Clayton*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**254**.The Parties to this complaint

Date: ______________________
05/17/2024

***Lia Grover*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**255**.The Parties to this complaint

Date: ______________________
05/17/2024

***Eric Wohlleber*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**256**.The Parties to this complaint

Date: ______________________
05/17/2024

***Stefanie Markiewicz*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**257**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Alexandre J. Petraglia*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**258**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Connie Schin*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**259**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Bridget Whelan*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**260**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Christine Ekstrom*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**261**.The Parties to this complaint

Date: ______________________
05/17/2024

***Natalia Carmon*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**262**.The Parties to this complaint

Date: ______________________
05/17/2024

***Jonathan Rogers*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**263**.The Parties to this complaint

Date: ______________________
05/17/2024

***Tricia Schips*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**264**.The Parties to this complaint

Date: ______________________
05/17/2024

***Donna Dottino*** (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**265**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Brittany Duran*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**266**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Amanda Eichenhofer*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**267**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Lindsay Panzica*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**268**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Anna Moore*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**269**.The Parties to this complaint

Date: ______________________
05/17/2024

***Kena Torres*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**270**.The Parties to this complaint

Date: ______________________
05/17/2024

***Patricia B. Stockli*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**271**.The Parties to this complaint

Date: ______________________
05/17/2024

***Amanda Logue*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**272**.The Parties to this complaint

Date: ______________________
05/17/2024

***Gordon Ryan*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**273**.The Parties to this complaint

Date: ______________________
05/17/2024

*Kirsten Downer* (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**274**.The Parties to this complaint

Date: ______________________
05/17/2024

*Christian Nolan* (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**275**.The Parties to this complaint

Date: ______________________
05/17/2024

*Naomi Pitts* (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**276**.The Parties to this complaint

Date: ______________________
05/17/2024

*Alexander Dickson* (Defendant)
Att; [“**New York State Bar Association**”]
1 Elk Street, Albany, NY 12207

**277**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Reyna Eisenstark*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**278**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Howard Healy*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**279**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Lori Herzing*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**280**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Alyssa Colton*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**281**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Sara Anderson*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**282**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Deborah Auspelmyer*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**283**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Leigh Dorr*** (Defendant)
Att; ["**New York State Bar Association**"]
1 Elk Street, Albany, NY 12207

**284**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Socorro Flores Liera*** (Defendant)
Att; ["**International Criminal Court**"]
Po Box 19519
2500 CM, The Hague
The Netherlands

**285**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Rosario Salvatore Aitala*** (Defendant)
Att; ["**International Criminal Court**"]
Po Box 19519
2500 CM, The Hague
The Netherlands

**286**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Sergio Gerardo Ugalde Godínez*** (Defendant)
Att; ["**International Criminal Court**"]
Po Box 19519
2500 CM, The Hague
The Netherlands

**287**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Reine Alapini-Gansou*** (Defendant)
Att; ["**International Criminal Court**"]
Po Box 19519
2500 CM, The Hague
The Netherlands

**288**.The Parties to this complaint

Date: ____________________________
05/17/2024

***Judge Iulia Motoc*** (Defendant)
Att; ["**International Criminal Court**"]
Po Box 19519
2500 CM, The Hague
The Netherlands

**289**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Haykel Ben Mahfoudh*** (Defendant)
Att; ["**International Criminal Court**"]
Po Box 19519
2500 CM, The Hague
The Netherlands

**290**.The Parties to this complaint

Date: ___________________________
05/17/2024

***Christal Watson*** (Defendant)
Att; ["***Kansas Human Rights Commission***"]
900 SW Jackson,
Suite 568-South Landon Office Building
Topeka, KS 66612-2818